UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Arthur Reynolds
        Defendant.
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Cr. 337

Defendant Click or tap here to enter text. hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel


Arthur Reynolds by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Susanne Brody*
Defendant's Counsel's Signature

Arthur Reynolds
Print Defendant's Name

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

June 4, 2021
Date

Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York