UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Arthur Reynolds

          Defendant.
-------------------------------------------------------------------X

<u>**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**</u>

21 Cr. 337 ( )

Defendant Click or tap here to enter text. hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☒     Conference Before a Judicial Officer - Assignment of Counsel


Arthur Reynolds by *Susanne Brody*        *Susanne Brody*
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Arthur Reynolds                                 Susanne Brody
Print Defendant's Name                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

June 14, 2021                            _____
Date
                                             Honorable Philip M. Halpern
                                             United States District Court Judge
                                             Southern District of New York