UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

v.

ARTHUR REYNOLDS,

Defendants.
-------------------------------------------------------X

ORDER

21-cr-337-PMH

The Court has received a request by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Courtney Heavey, that the time period from December 2, 2021 through and including December 9, 2021, the date of the rescheduled status conference, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A).

With the consent of the defendant, the Government seeks the exclusion of the foregoing period in the interest of justice because it will permit the parties to continue discussing a potential pre-trial resolution.

Full consideration having been given to the matter set forth therein, it is hereby:

ORDERED that the time between December 2, 2021 and December 9, 2021, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated: White Plains, New York
December 2, 2021

_____
Philip M. Halpern
United States District Judge