UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :         **SCHEDULING ORDER**
                                    :
**Arthur Reynolds,**                :         7-21-cr-0337 PMH
                    Defendant.      :
                                    :
------------------------------------------------------------x

    The Court has scheduled a Guilty Plea in this matter on March 15, 2022 at 11:00 a.m. in courtroom 520 at the White Plains Courthouse. The status conference previously scheduled for 3/1/2022 is cancelled.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the enter requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: February 9, 2022                    SO ORDERED:

                                           _____
                                           Philip M. Halpern, U.S.D.J